FILED - USDC -NH
2023 JUL 17 PM2:22

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Maria A. Youngman

Plaintiff(s)

v.

Gerald Youngman
Hodges Residence Rental Company

Defendant(s)

COMPLAINT

Stealing money & wrecking;
the home of residence;
uncertainty of safety;

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Maria Unit 622,
Youngman   203 London, Road   603-219-4575
-   Concord. New Hampshire 03301

Defendant(s)'s Name, Address and Phone Number

Gerald Youngman
Hodges Rental   603- 291-3401
Company

USDCNH-102 (Rev. 5/7/13)                    Page 1 of 5

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I have ~~reportedly~~ reported maintenance issues and break-ins into my place

I have lost property and level of income from the property - ~~management~~ management on the property, and family. I have also lost certain items such as a drivers license; and other things.

I do not feel safe at the Hodges, and cerned for my well being.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

I would like the reimbursement of the total value of income and physical property lost value while I stayed at the hodges rental company. I would also like to declare that any further action that concerns my safety and goes against my purpose of safety on the property will be considered to be looked into by the state and further law enforcement. Legal action will be taken place concerning my safety.

**Relief Requested from the Court:**

(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Asking for restitution from the actions from the management of the Hodges company and my father; for the total value lost; and to property value lost. Also ~~case~~ concerning my safety

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: _07/17/2023_

Signature: _marcia A. Herington_